**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 10-73-DLB-CJS-2**

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

**V.**                    **ORDER ADOPTING REPORT AND RECOMMENDATION**

**MAROCKO D. CONLEY**                                                                          **DEFENDANT**

** *   ** **   ** **   ** **   ** **   ** **   ** **   ** **

This matter is before the Court upon the February 15, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Marocko D. Conley's supervised release and impose a sentence of thirteen (13) months incarceration, with credit to be given for time served since his detention, with no term of supervised release to follow. (Doc. # 146).   During the Final Revocation Hearing, conducted by Judge Smith on October 24, 2017 (Doc. # 143), the Defendant admitted to Violations 2 and 3 as set forth in the October 12, 2017 Violation Report (Doc. # 143).  At that time, the United States moved to dismiss Violation 1.  (Doc. # 144).

Defendant having now executed a waiver of his right to allocution (Doc. # 147), and the indicating he does not object to the R&R (Doc. # 146), this matter is now ripe for the Court's consideration.  The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 146) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release as set out in Violations 2 and 3 of the October 12, 2017 Supervised Release Violation Report;

(3)     Violation 1 of the October 12, 2017 Supervised Release Violation Report is hereby **DISMISSED**;

(4)     Defendant's supervised release is hereby **REVOKED**;

(5)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **thirteen (13) months**, credit to be given for time served since his detention on the charged violations, **with no term of supervised release to follow;**

(6)     Defendant's confinement shall be served, if feasible, at the Bureau of Prisons approved facility closes to the Defendant's home in Newport, Kentucky; and

(7)     A Judgment shall be entered concurrently herewith.

This 6th day of March, 2018.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2010\10-73 Order Adopting R&R re SRV.docx